

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-91,475-01

**EX PARTE DEREK DAVID ELMS, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. A-35,489-A IN THE 70TH DISTRICT COURT
### FROM ECTOR COUNTY

*Per curiam*.

### O R D E R

Applicant pleaded guilty to capital murder in exchange for a sentence of life imprisonment. He did not appeal his conviction. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

The trial court made findings of fact and conclusions of law, recommending that relief be denied. This Court adopts the trial court's findings of fact and conclusions of law, with the exception of finding of fact number 5. Based on the trial court's other findings and conclusions and this Court's independent review of the entire record, relief is denied.

Filed:   August 19, 2020
Do not publish